1   Stephen M. Doniger (SBN 179314)
    stephen@donigerlawfirm.com
2   Scott A. Burroughs (SBN 235718)
    scott@donigerlawfirm.com
3   Trevor W. Barrett (SBN 287174)
    tbarrett@donigerlawfirm.com
4
    DONIGER / BURROUGHS APC
5   300 Corporate Pointe, Suite 355
6   Culver City, California  90230
    Telephone: (310) 590-1820
7   Facsimile: (310) 417-3538
8
9   Attorneys for Plaintiff

10              **UNITED STATES DISTRICT COURT**
11             **CENTRAL DISTRICT OF CALIFORNIA**
12

13  KLAUBER BROTHERS, INC., a New      | Case No.:  CV14-2148
    York corporation,
14                                     |      PLAINTIFF'S COMPLAINT FOR:
    Plaintiff,
15                                     |   1. COPYRIGHT
16  v.                                 |      INFRINGEMENT;
17  FOREVER 21 RETAIL, INC., a         |   2. VICARIOUS AND/OR
    California corporation;            |      CONTRIBUTORY
18  INTERNATIONAL INTIMATES, INC.,     |      COPYRIGHT
    a Delaware corporation; and DOES 1 |      INFRINGEMENT
19  through 10,
20                                     |   Jury Trial Demanded
21  Defendants.
22

23

24        Plaintiff KLAUBER BROTHERS, INC. (hereinafter "KLAUBER" or

25  "Plaintiff"), by and through its undersigned attorneys, hereby prays to this honorable

26  Court for relief based on the following:

27  ///

28                              - 1 -

COMPLAINT

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff KLAUBER BROTHERS, INC. ("KLAUBER" or "Plaintiff") is a corporation organized and existing under the laws of the State of New York with its principal place of business in New York.

5. Plaintiff is informed and believes and thereon alleges that Defendant FOREVER 21 RETAIL, INC. ("FOREVER 21") is a corporation organized and existing under the laws of the State of California with its principal place of business located at 3880 N. Mission Road, Los Angeles, California 90031.

6. Plaintiff is informed and believes and thereon alleges that Defendant INTERNATIONAL INTIMATES, INC. ("INTIMATES") is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 180 Madison Avenue, New York, New York 10016, and is doing business in and with the state of California.

7. Plaintiff is informed and believes and thereon alleges that some of Defendants DOES 1 through 3, inclusive, are manufacturers and/or vendors of garments to Defendant, which DOE Defendants have manufactured and/or supplied and are manufacturing and/or supplying garments comprised of fabric printed with Plaintiff's copyrighted designs (as hereinafter defined) without Plaintiff's knowledge or consent or have contributed to said infringement. The true names, whether

1  corporate, individual or otherwise of Defendants DOES 1-3, inclusive, are presently

2  unknown to Plaintiff, which therefore sues said Defendants by such fictitious names

3  and will seek leave to amend this complaint to show their true names and capacities

4  when same have been ascertained.

5      8.  Defendants DOES 4 through 10, inclusive, are other parties not yet

6  identified who have infringed Plaintiff's copyrights, have contributed to the

7  infringement of Plaintiff's copyrights, or have engaged in one or more of the

8  wrongful practices alleged herein. The true names, whether corporate, individual or

9  otherwise, of Defendants 4 through 10, inclusive, are presently unknown to Plaintiff,

10 which therefore sues said Defendants by such fictitious names, and will seek leave to

11 amend this Complaint to show their true names and capacities when same have been

12 ascertained.

13     9.  Plaintiff is informed and believes and thereon alleges that at all times

14 relevant hereto each of the Defendants was the agent, affiliate, officer, director,

15 manager, principal, alter-ego, and/or employee of the remaining Defendants and was

16 at all times acting within the scope of such agency, affiliation, alter-ego relationship

17 and/or employment; and actively participated in or subsequently ratified and

18 adopted, or both, each and all of the acts or conduct alleged, with full knowledge of

19 all the facts and circumstances, including, but not limited to, full knowledge of each

20 and every violation of Plaintiff's rights and the damages to Plaintiff proximately

21 caused thereby.

## CLAIMS RELATED TO DESIGN 536

23     10. Prior to the conduct complained of herein, Plaintiff composed an original

24 two-dimensional artwork for purposes of textile printing. It allocated this design

25 Plaintiff's Internal Design Number 536 (hereinafter "Subject Design A"). This

26 artwork was a creation of Plaintiff and/or Plaintiff's design team, and is, and at all

27 relevant times was, owned in exclusively by Plaintiff.

28

COMPLAINT

11. Plaintiff applied for and received a United States Copyright Registration covering the Subject Design A.

12. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing the Subject Design A to numerous parties in the fashion and apparel industries.

13. Following this distribution of product bearing the Subject Design A, Plaintiff's investigation revealed that certain entities within the fashion and apparel industries had misappropriated the Subject Design A, and were selling fabric and garments bearing illegal reproductions and/or derivations of the Subject Design A.

14. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, the above-named Defendants, and certain DOE defendants created, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring designs which are identical to or substantially similar to the Subject Design A (hereinafter "Infringing Garment A"). Such garments include, but are not limited to, the following:

    a. Garments sold by FOREVER 21 under SKU No. 17306334031with the "Forever 21" label and RN No. 94981 on the affixed label, indicating said garments were manufactured and/or supplied by or at the direction of FOREVER 21. Below is a comparison of the Subject Design A and Infringing Garment A:

///
///
///
///
///
///
///

- 4 -

| Subject Design A | Example Infringing Garment A |
|---|---|
|  |  |

15. The above comparison makes apparent that the elements, composition, colors, arrangement, layout, and appearance of the designs at issue are substantially similar.

## CLAIMS RELATED TO DESIGN 7179

16. Prior to the conduct complained of herein, Plaintiff composed an original two-dimensional artwork for purposes of textile printing. It allocated this design Plaintiff's Internal Design Number 7179 (hereinafter "Subject Design B"). This artwork was a creation of Plaintiff and/or Plaintiff's design team, and is, and at all relevant times was, owned in exclusively by Plaintiff.

17. Plaintiff applied for and received a United States Copyright Registration covering the Subject Design B.

18. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing the Subject Design B to numerous parties in the fashion and apparel industries.

19. Following this distribution of product bearing the Subject Design B, Plaintiff's investigation revealed that certain entities within the fashion and apparel industries had misappropriated the Subject Design B, and were selling fabric and garments bearing illegal reproductions and/or derivations of the Subject Design B.

20. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, the above-named Defendants, and certain DOE defendants created, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring designs which are identical to or substantially similar to the Subject Design B (hereinafter "Infringing Garment B"). Such garments include, but are not limited to, the following:

b. Garments sold by FOREVER 21 under SKU No. 3155-8165-024 with the "Forever 21" label and RN No. 94981 on the affixed label, indicating said garments were manufactured and/or supplied by or at the direction of FOREVER 21. Below is a comparison of the Subject Design B and Infringing Garment B:

| Subject Design B | Example Infringing Garment B |
|---|---|
|  | |

COMPLAINT

21. The above comparison makes apparent that the elements, composition, colors, arrangement, layout, and appearance of the designs at issue are substantially similar.

## CLAIMS RELATED TO DESIGN 7725

22. Prior to the conduct complained of herein, Plaintiff composed an original two-dimensional artwork for purposes of textile printing. It allocated this design Plaintiff's Internal Design Number 7725 (hereinafter "Subject Design C"). This artwork was a creation of Plaintiff and/or Plaintiff's design team, and is, and at all relevant times was, owned in exclusively by Plaintiff.

23. Plaintiff applied for and received a United States Copyright Registration covering the Subject Design C.

24. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing the Subject Design C to numerous parties in the fashion and apparel industries.

25. Following this distribution of product bearing the Subject Design C, Plaintiff's investigation revealed that certain entities within the fashion and apparel industries had misappropriated the Subject Design C, and were selling fabric and garments bearing illegal reproductions and/or derivations of the Subject Design C.

26. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, the above-named Defendants, and certain DOE defendants created, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring designs which are identical to or substantially similar to the Subject Design C (hereinafter "Infringing Garment C"). Such garments include, but are not limited to, the following:

    c.  Garments sold by FOREVER 21 under SKU No. 404-958-870-18 with the "Forever 21" label and RN No. 72409 on the affixed label,

indicating said garments were manufactured and/or supplied to FOREVER 21 by INTIMATES; and

d. Garments sold by FOREVER 21 under SKU No. 000-898-200-64 with the "Forever 21" label and RN No. 94981 on the affixed label, indicating said garments were manufactured and/or supplied by or at the direction of FOREVER 21. Below is a comparison of the Subject Design and one exemplar of Infringing Garment C:

| Subject Design C | Example Infringing Garment C |
|---|---|
|  |  |

27. The above comparison makes apparent that the elements, composition, colors, arrangement, layout, and appearance of the designs at issue are substantially similar.

### CLAIMS RELATED TO DESIGN 8744

28. Prior to the conduct complained of herein, Plaintiff composed an original two-dimensional artwork for purposes of textile printing. It allocated this design Plaintiff's Internal Design Number 8744 (hereinafter "Subject Design D"). This artwork was a creation of Plaintiff and/or Plaintiff's design team, and is, and at all relevant times was, owned in exclusively by Plaintiff.

29. Plaintiff applied for and received a United States Copyright Registration covering the Subject Design D.

30. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing the Subject Design D to numerous parties in the fashion and apparel industries.

31. Following this distribution of product bearing the Subject Design D, Plaintiff's investigation revealed that certain entities within the fashion and apparel industries had misappropriated the Subject Design D, and were selling fabric and garments bearing illegal reproductions and/or derivations of the Subject Design D.

32. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, the above-named Defendants, and certain DOE defendants created, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring designs which are identical to or substantially similar to the Subject Design D (hereinafter "Infringing Garment D"). Such garments include, but are not limited to, the following:

   e.  Garments sold by FOREVER 21 under SKU No. 185-044-920-32 with the "Forever 21" label and RN No. 94981 on the affixed label, indicating said garments were manufactured and/or supplied by or at the direction of FOREVER 21. Below is a comparison of the Subject Design D and one exemplar of Infringing Garment D:

| Subject Design D | Example Infringing Garment D |
| --- | --- |
|  |  |

33. The above comparison makes apparent that the elements, composition, colors, arrangement, layout, and appearance of the designs at issue are substantially similar.

34. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights, and/or in blatant disregard for Plaintiff's rights, such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants, and Each)

35. Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

36. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to Subject Design A, B, C, and D (hereinafter "Subject Designs"), including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Designs by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) garments manufactured and sold to the public bearing fabric lawfully printed with the Subject Designs by Plaintiff for its customers.

37. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor.  Plaintiff is further informed and believes and thereon alleges that said Defendant(s) has an

- 10 -

ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject Designs in that said garments were composed of fabric which featured unauthorized print design(s) that were identical or substantially similar to the Subject Designs, or were an illegal derivation or modification thereof.

38. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyrights by creating, making, and/or developing directly infringing and/or derivative works from the Subject Designs and by producing, distributing and/or selling garments which infringe the Subject Designs through a nationwide network of retail stores, catalogues, and through on-line websites.

39. Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

40. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

41. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of the Subject Designs in an amount to be established at trial.

42. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per

infringement.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement - Against All Defendants)

43. Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and/or subsequent sales of garments featuring the Subject Designs as alleged herein.

45. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

46. By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

47. Due to Defendants', and each of their acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Designs, in an amount to be established at trial.

48. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### ***Against All Defendants***

49. <u>With Respect to Each Claim for Relief</u>

   a.  That Defendants, their agents and employees be enjoined from infringing Plaintiff's copyrights in any manner, specifically those for the Subject Designs;

   b.  That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

   c.  That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

   d.  That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

   e.  That Plaintiff be awarded pre-judgment interest as allowed by law;

   f.  That Plaintiff be awarded the costs of this action; and

   g.  That Plaintiff be awarded such further legal and equitable relief as the

Court deems proper.

PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE PURSUANT TO FED. R. CIV. P. 38 AND THE 7TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

DONIGER / BURROUGHS

Dated: March 20, 2014          By:     s/ Scott A. Burroughs
                                        Scott A. Burroughs, Esq.
                                        Trevor W. Barrett, Esq.
                                        Attorneys for Plaintiff
                                        KLAUBER BROTHERS, INC.

COMPLAINT